UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DARNELL SNOWDEN, | No. C 12-3984 SI (pr) |
| Petitioner, | **JUDGMENT** |
| v. | |
| R. J. RACKLEY, warden, | |
| Respondent. | |

This action is dismissed without prejudice to petitioner asserting his claims in Case No. C 12-3983 SI.

IT IS SO ORDERED AND ADJUDGED.

DATED: September 5, 2012

SUSAN ILLSTON
United States District Judge